2. Whether claim 34 was treated as, or is properly deemed "representative" of the shopping cart claims including claim 35.

The supplemental briefs shall be filed simultaneously, no later than ten days following the date of this order. Responsive briefs may be filed no later than ten days thereafter. The briefs shall not exceed 10 pages double-spaced for each party. The parties are instructed to attach copies of any materials relied upon in their briefs that are not in the existing appendices.

IT IS SO ORDERED.

With her on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Scott D. Austin, Assistant Director.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**William E. SCULL, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 2012–3174.

United States Court of Appeals, Federal Circuit.

June 13, 2013.

Ronald P. Ackerman, Law Office of Ronald P. Ackerman, of Culver City, CA, argued for petitioner.

Sonia M. Orfield, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent.

**In re Frank TOPPO.**

No. 2013–1077.

United States Court of Appeals, Federal Circuit.

June 13, 2013.

Sean A. Passino, Lowe Hauptman, Ham & Berner, LLP, of Alexandria, VA, argued for appellant. With him on the brief were Benjamin J. Hauptman and Benjamin P. Kota.

Amy J. Nelson, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With her on the brief were Nathan K. Kelley,